# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| JANE DOE, BY AND THROUGH HER BROTHER AMD LEGAL REPRESENTATIVE JOHN DOE, AND JOHN DOE, INDIVIDUALLY AND IN HIS OWN RIGHT | : No. 74 WM 2017 |
| v. | |
| PORT AUTHORITY OF ALLEGHENY COUNTY; TRANSDEV, INC. F/K/A VEOLIA TRANSPORTATION SERVICES, INC., INDIVIDUALLY AND D/B/A ACCESS TRANSPORTATION SYSTEMS, INC.; ACCESS TRANSPORTATION SYSTEMS, INC.; NORTHERN AREA MULTI-SERVICE CENTER OF ALLEGHENY COUNTY, INDIVIDUALLY AND D/B/A ACCESS TRANSPORTATION SYSTEMS; AND DANIEL ROBERT BURRELLI | |
| PETITION OF: NORTHERN AREA MULTI-SERVICE CENTER OF ALLEGHENY COUNTY | |

## ORDER

**PER CURIAM**

**AND NOW**, this 1st day of December, 2017, the Petition for Review and the Application for Stay are DENIED.